UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
**CR 04-312 (MJD/JGL)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,  **ORDER**

    v.

JOHNNIE DUPREE DAVIS,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Defendant's Motion for Extension of Time to File Position Pleadings is **GRANTED.** The Court **ORDERS** as follows:

All position pleadings, if necessary, be filed electronically with the Clerk of Court by August 11, 2005.


Dated: July 13, 2005          s/ Michael J. Davis
                                           Honorable Michael J. Davis
                                           United States District Court Judge